**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| YAKAIRA GUERRERO, ARABELLY DIAZ, and YOHANNA SANTOS, <br>                    Plaintiff, <br><br> v. <br><br> 100 PERCENT DELICIAS FOOD CORPORATION, d/b/a 100% DELICIAS RESTAURANT, <br><br> CARLOS J. MARTE, d/b/a 100% DELICIAS RESTAURANT, <br><br> CIVELIS MARTE DE LOS SANTOS, d/b/a 100% DELICIAS RESTAURANT, and <br><br> DERRICK CRESPO, d/b/a 100% DELICIAS RESTAURANT, <br><br>                    Defendants. | Docket No. 1:22-cv-10066 |

**NOTICE OF REMOVAL**

Defendant Derrick Crespo ("Crespo"), hereby removes this action, currently pending in the Suffolk County Superior Court of the Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. 1331, and 1441(a)[1]. To the extent any part of Plaintiffs' causes of action can be consider as non-federal, this Court, by virtue

---

[1] Crespo does not waive, rather preserves, any rights, defenses, affirmative defenses and objections, including those based on insufficient service of process and personal jurisdiction by filing this Notice of Removal.

of 28 U.S.C. 1367(a), has supplemental jurisdiction over them because they form part of the same case or controversy as those causes of action over which the Court has original jurisdiction.

Removal is appropriate in this case. Plaintiffs' complaint clearly implicates federal questions of law. Count Three of Plaintiffs' s Second Amended Complaint, which added Crespo Defendant to the complaint, seeks damages under the Fair Labor Standards Act, 29 U.S.C. §207(a), for failure to pay wages and overtime pay.

## I.     TIMELINESS OF REMOVAL

1. On July 28, 2021, Plaintiffs filed their original complaint in the Suffolk Superior Court of the Commonwealth of Massachusetts action against all defendants *except* Crespo,

2. On November 22, 2021, Plaintiffs moved for leave to file their *second* amended complaint ("Second Amended Complaint") which added Crespo as a defendant.

3. After the Suffolk Superior Court's endorsement of the motion for leave for file the Second Amended Complaint, the Plaintiffs, filed their Second Amended Complaint on December 8, 2021 which added Crespo to their lawsuit.

4. On or about December 21, 2021, Plaintiffs served Crespo their Second Amended Complaint.

5. This Notice of Removal is timely because it is filed within 30 days of service. *See* 28 USC § 1446(b).

## II.     FACTUAL BACKGROUND AND SUMMARY

6. The Plaintiffs' individual claims are to a large extent the same. In short, they claim there were not paid the proper amount of wages in violation of the Fair Labor Standards and the Massachusetts Wage Act.

*As to Plaintiff Yakaira Guerrero*

7. Plaintiff Yakaira Guerrero ("Plaintiff Guerrero") alleges that for a period of one year between July 2018 and July 2019 she worked at Delicias Corporation, (d/b/a 100% Delicias) (hereafter, "Defendant 100% Delicias"). Plaintiff Guerrero alleges that during her employ of approximately 48 hours per week, she handled food, understood to mean she worked as a waitress.

8. Plaintiff Guerrero alleges that at some point after the first six weeks of employ at 100% Delicias, Defendant Civelis Marte de Los Santos ("Defendant Santos") began stealing her wages until the time Plaintiff Guerrero quit in July 2019.

9. Plaintiff Guerrero alleges she was neither paid minimum tipped wages of $3.75 and $4.35 per hour for 2018 and 2019, respectively, nor the time-and-a-half for overtime hours worked.

*As to Plaintiff Arabelly Diaz*

10. Similarly, Plaintiff Arabelly Diaz ("Plaintiff Diaz") alleges that between September 2018 and May 2019 she was an employed as a cook at Defendant 100% Delicias.

11. Plaintiff Diaz alleges she was promised $400 per week, and that she worked approximately 60 hours per week.

12. Plaintiff Diaz claims that the defendants did not pay her anything, she quit, and asked for her unpaid wages.

13. Plaintiff Diaz claims the defendants paid her $500 despite being owed $1,200.00 for the last three weeks.

14. Furthermore, Plaintiff Diaz alleges she neither was paid the $11 per hour Massachusetts minimum wage in 2018 and $12.00 in 2019, nor a time-and-a-half overtime premium that was due.

15. Plaintiff Diaz claims approximately $14,610 of wages.

*As to Yohanna Santos*

16. Plaintiff Yohanna Santos alleges facts similar to her co-plaintiffs.

17. She alleges to have been employed by Defendant 100% Delicias as a server from approximately February 13, 2016, through January 17, 2020, at a promised wage of $20 cash per day plus tips.

18. Plaintiff Santos alleges she worked an average of 52 hours per week, that she was paid what she was promised for the first two years, but thereafter, Defendant Santos began stealing her wages.

19. Plaintiff Santos claims the theft of wages spanned from February 2018 until January 2020 when she quit her employ at 100% Delicias.

20. Plaintiff Santos claims she was never paid the tipped minimum wage of $3.35, $3.75, $4.35, and $4.95 for each year, respectively, from 2016 through 2020. Similarly, she claims Defendants never paid Plaintiff Santos the minimum wage of $10, $11, $12, and $12.74 per hour for 2016 through 2020, respectively.

21. In sum, for these alleged underpayments, plus alleged failure to pay overtime due to her, Plaintiff Santos claims wage of approximately $58,083.90 are owed to her.

**III.    COMPLIANCE WITH OTHER REMOVAL REQUIREMENTS**

22. The United States District Court for the District of Massachusetts is the federal judicial district encompassing the Suffolk Superior Court, Commonwealth of Massachusetts where the State Court Action was originally filed. See, 28 U.S.C. §1441(a).

23. A copy of all process, pleadings, and orders received by Crespo or available in the state court docket system is attached. See 28 U.S.C. 1446(a).

24. Undersigned counsel submits in conjunction with this filing a true and accurate copies of the pleadings filed in the Suffolk Superior Court, which are:

> <u>Exhibit 1</u>: Original Complaint and [First] Amended Complaint; <u>Exhibit 2</u>: Civil Action Cover Sheet; <u>Exhibit 3</u>: Plaintiff Motion for Extension of Time for Service of Process; Endorsement of Motion; <u>Exhibit 4</u>: Plaintiffs' Motion for Leave to File a Second Amended Complaint, supporting memorandum of law and pleadings, and second motion for leave to serve defendants, each endorsed by the state court; and <u>Exhibit 5</u>: Notice of Removal filed in the Suffolk Superior Court of Massachusetts.

25. Pursuant to 28 U.S.C. §1446(d), Crespo will promptly file a copy of this Notice of Removal, as well as a Notice of Filing of this Notice of Removal, with the Clerk of the Superior Court of Massachusetts for Suffolk County and serve a copy of the same on all parties.

**WHEREFORE**, Crespo respectfully gives notice that this action is hereby removed from the Suffolk County Superior Court, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts.

Respectfully submitted,
Derrick Crespo
By his attorney,

Date: January 18, 2022

　/s/ Darius Pakrooh　
Darius Pakrooh (BBO#691599)
PAKROOH LAW
90 Canal Street – Suit 400
Boston, MA 02114
617-874-1411
darius@pakroohlaw.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that the above Notice of Removal, and corresponding attachments, shall be promptly served upon the Plaintiffs' counsel of record, after filling, by delivering a copy to the addresses below by email and U.S. First Class Mail to:

      Patricio S. Rossi, Esq.
      Harvard Legal Aid Bureau
      23 Everett Street
      First Floor
      Cambridge, MA 02138
      prossi@law.harvard.edu

      100 Percent Delicias Food Corporation
      c/o  Compley Tax Executive Group, Inc.
      4291 Washington Street
      Roslindale, MA 02131

      Civelis Marte de los Santos and Carlos J. Marte
      130 Brookway Road, Apt 426
      Roslindale, MA 02131


Dated:    January 18, 2022               /s/ Darius Pakrooh
                                                        Darius Pakrooh, Esq.