UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

YAKAIRA GUERRERO,
ARABELLY DIAZ, and
YOHANNA SANTOS

CASE NO.: 1:22-cv-10066-AK

Plaintiffs,

v.

100 PERCENT DELICIAS FOOD
CORPORATION,
d/b/a 100% DELICIAS RESTAURANT,
CIVELIS MARTE DE LOS SANTOS,
d/b/a 100% DELICIAS RESTAURANT,
DERRICK CRESPO,
d/b/a 100% DELICIAS RESTAURANT, and
CARLOS MARTE,
d/b/a 100% DELICIAS RESTAURANT,

Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CARLOS MARTE WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through undersigned counsel, hereby give notice of their voluntary dismissal of this case without prejudice against Defendant Carlos Marte.

Defendant Carlos Marte has not answered or moved for summary judgment.

| | |
|---|---|
| Dated:  03/28/2022 | Respectfully submitted, |
| Cambridge, Massachusetts | Yakaira Guerrero, |
| | Arabelly Diaz, |
| | Yohanna Santos |
| | by their attorneys, |
| | |
| | /s/ Patricio S. Rossi |
| | Patricio S. Rossi, Supervising Attorney |

2

BBO #658885
Harvard Legal Aid Bureau
23 Everett Street, First Floor
Cambridge, MA 02138
(617) 495-4408 (phone)
(617) 496-2687 (fax)

/s/ Juan M. Palacio Moreno
Juan M. Palacio Moreno
Local Rule 83.5.4 Student Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Patricio S. Rossi

Patricio S. Rossi

## SERVICE LIST

CASE NO.: 1:22-cv-10066-AK

Darius Pakrooh
BBO No. 691599
darius@pakroohlaw.com
PAKROOH LAW
90 Canal St. – Suite 400
Boston, MA 02114
*Counsel for Defendant Derrick Crespo*